IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TAMARA WASCHALK                                                                PLAINTIFF

v.                                        NO. 6:18-CV-6075

WALGREEN CO. doing business
as WALGREENS and JOHN DOE
ENTITIES 1-3                                                                   DEFENDANTS

## ORDER OF DISMISSAL

It appearing to the Court that this matter has been settled, it is **ORDERED** that the case be **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement, and with each party bearing its own costs and fees. The jury trial set to begin the week of March 16, 2020 is hereby **CANCELED**.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order. The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED this 25th day of February 2020.**

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**